**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | Civil No. 00:1355 (JMR/FLN) |
| **SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST** | Judge: James M. Rosenbaum<br>Magistrate Judge: Franklin L. Noel |
| **Defendants.** | |

**(Proposed) ORDER**

This case is coming to be heard on stipulation and agreement of the parties for the extension of the December 1, 2001 deadline for filing dispositive motions to January 2, 2002 (January 1, 2002, being a court holiday), for the purpose of completing settlement efforts.

IT IS HEREBY ORDERED:

The December 1, 2001 deadline for filing dispositive motions is extended to January 2, 2002.

Date: 11/5/01

[signature]
The Honorable Franklin L. Noel

FILED NOV 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST<br><br>Defendants. | Civil No. 00:1355 (JMR/FLN)<br><br>Judge: James M. Rosenbaum<br>Magistrate Judge: Franklin L. Noel |

**STIPULATION**

The parties, Plaintiff, United States Securities and Exchange Commission and Defendants, Skyline Group, Inc., Robert L. Sheets and Mary A. West, are engaged in good faith settlement efforts and agree that the deadline for filing dispositive motions should be extended to allow for the completion of these efforts. The parties thus hereby stipulate and agree that the December 1, 2001 deadline for filing dispositive motions shall be extended to January 2, 2002 (January 1, 2002 being a court holiday).

Respectfully submitted,

On behalf of the Plaintiff:

Helen A. Contos
One of the Attorneys for the Plaintiff
Securities and Exchange Commission
500 W. Madison Street
Suite 1400
Chicago, IL 60661
(312) 353-7427

Dated: November 2, 2001

On behalf of all of the Defendants:

Steven Z. Kaplan
Attorney for the Defendants
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7169

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500