**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | Civil No. 00:1355 (JMR/FLN) |
| **SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST** | |
| **Defendants.** | |

**(~~Proposed~~) ORDER**

This case is coming to be heard on stipulation and agreement of the parties for the extension of the November 1, 2000 deadline to serve all motions which seek to amend the pleadings or add parties to December 15, 2000, said stipulation having been filed with the court;

IT IS HEREBY ORDERED:

The November 1, 2000 deadline by which all motions which seek to amend the pleadings or add parties must be served is extended to December 15, 2000.

Date: Nov. 3, 2000

The Honorable Franklin L. Noel

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST

Defendants.

Civil No. 00:1355 (JMR/FLN)

**STIPULATION**

The Plaintiff, United States Securities and Exchange Commission and the Defendants, Skyline Group, Inc., Robert L. Sheets and Mary A. West hereby stipulate and agree that the November 1, 2000 deadline to serve all motions which seek to amend the pleadings or add parties shall be extended to December 15, 2000.

Respectfully submitted,

On behalf of the Plaintiff:

Helen A. Contos
One of the Attorneys for the Plaintiff
Securities and Exchange Commission
500 W. Madison Street
Suite 1400
Chicago, IL 60661
(312) 886-1714

On behalf of all of the Defendants:

Steven Z. Kaplan
Attorney for the Defendants
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7169

Dated: October 25, 2000

NOV 03 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK