UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

Plaintiff,

v.

Skyline Group, Inc.,
Robert L. Sheets and Mary A. West,

Defendants.

Civil No. 00-1355 JMR/FLN

**ORDER**

---

Helen A. Contos and Pravin B. Rao for Plaintiff.
Steven Kaplan and Crystal M. Ovsak for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on March 12, 2001, on the parties' pre-trial motions.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Compel Discovery and for a Protective Order [#15] is **GRANTED IN PART AND DENIED IN PART**, as follows:

   a. Insofar as the Motion seeks a protective Order, it is **GRANTED**. The parties shall meet and confer to develop a mutually agreeable protective order. If the parties are unable to reach an agreement as to the protective order, each party shall submit a proposed protective order to the Court on or before March 16, 2001;

   b. Insofar as the Motion seeks to compel discovery, it is **GRANTED**. The SEC must respond to Defendants' discovery requests within ten days of

MAR 2 6 2001
FRANCIS E. DOSAL, CLERK

the date that this Order is signed. This Order does not, however, preclude the SEC from filing supplemental discovery responses as information becomes available;

c. Insofar as the Motion seeks an award of attorneys' fees, it is **DENIED**;

2. Plaintiff's Motion to Compel Discovery and to Preclude Introduction of Evidence [#18] is **TAKEN UNDER ADVISEMENT**. Plaintiff shall notify the Court if any discovery issues connected to this Motion are still outstanding following entry of a protective order in this case.

DATED: March 26, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge