**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST**

**Defendants.**

Civil No. 00:1355 (JMR/FLN)

Judge: James M. Rosenbaum
Magistrate Judge: Franklin L. Noel

**(Proposed) ORDER MODIFYING SCHEDULING ORDER**

This case is coming to be heard on stipulation and agreement of the parties for the modification of the scheduling entered on August 23, 2000.

IT IS HEREBY ORDERED:

Modification of the August 23, 2000 scheduling order is granted and the scheduling order is modified as follows:

1. All discovery shall be commenced in time to be completed by July 1, 2001 (except Requests for Admissions);

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the substance of their testimony shall be made by all parties on or before July 15, 2001, with respect to initial experts, and by all parties on or before August 1, 2001, with respect to rebuttal experts;

3. Each party may depose no more than 2 expert witnesses on or before August 15, 2001;

4. Requests for Admissions and related interrogatory shall be served in time to generate responses by September 15, 2001; and

5. All other deadlines shall remain as previously ordered. In particular, the Ready for Trial Date Remains unchanged.

Dated: April 16, 2001

Franklin L. Noel
The Honorable Franklin L. Noel

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK