# UNITED STATES DISTRICT COURT

District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101. Phone:(651)848-1100

**Case Title:** SEC v. Skyline Group, Inc. et al. **Case Number:** 00-1355

## PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Vasu B. Muthyala, am currently a member in good standing of the bar of the State of California, but not admitted to the bar of this court. I will be representing U. S. Securities and Exchange Commission (Government Agency) in the action listed above.

Signature
State I.D.: 210462

4/26/01
Date

Govt Agency: U. S. S. E. C.
Suite/Building: 1400
Street Address: 500 West Madison
P.O. Box #:
City State Zip Chicago, IL 60661
Telephone:( ) 312-353-7390
Fax:( ) 312-353-7398

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature

4/26/01
Date

Name: Donald S. Allelujka
Title: Office Administrator
U.S. Agency: Securities and Exchange Comm.

Motion Granted:
For the Court: Francis E. Dosal, Clerk

MAY 01 2001
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED MAY 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK