UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

Plaintiff,

v.

Skyline Group, Inc.,
Robert L. Sheets and Mary A. West,

Defendants.

Civil No. 00-1355 JMR/FLN

**ORDER**

---

Helen A. Contos and Pravin B. Rao for Plaintiff.
Steven Kaplan for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 14, 2001, on Defendant's Motion for a Protective Order [#30].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for a Protective Order [#30] is **DENIED**.

DATED: 6/1, 2001

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JUN 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK