06/05/01 TUE 13:42 FAX 312 353 7398 U. S. S. E. C. 003
T-303 P.002/002 F-071
JUN-05-01 09:23AM FROM-Fredrikson & Byron
06/04/01 MON 17:16 FAX 312 353 7388 U. S. S. E. C. 003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST

Defendants.

Civil No. 00:1355 (JMR/FLN)

Judge: James M. Rosenbaum
Magistrate Judge: Franklin L. Noel

**STIPULATION**

The Plaintiff, United States Securities and Exchange Commission and the Defendants, Skyline Group, Inc., Robert L. Sheets and Mary A. West, hereby stipulate and agree that the July 1, 2001 deadline to complete fact discovery shall be extended to July 15, 2001 for the limited purpose of taking the depositions of Robert L. Sheets and Mary A. West.

Respectfully submitted,

On behalf of the Plaintiff:

Helen A. Contos
One of the Attorneys for the Plaintiff
Securities and Exchange Commission
500 W. Madison Street
Suite 1400
Chicago, IL 60661
(312) 353-7427

Dated: June 4, 2001

On behalf of all of the Defendants:

Steven Z. Kaplan
Attorney for the Defendants
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7169

JUN 6 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | |
| v. | Civil No. 00:1355 (JMR/FLN) |
| SKYLINE GROUP, INC., ROBERT L. SHEETS and MARY A. WEST | Judge: James M. Rosenbaum<br>Magistrate Judge: Franklin L. Noel |
| Defendants. | |

**(Proposed) ORDER**

This case is coming to be heard on stipulation and agreement of the parties for the extension of the July 1, 2001 fact discovery deadline to July 15, 2001 for the limited purpose of taking the depositions of Robert L. Sheets and Mary A. West.

IT IS HEREBY ORDERED:

The July 1, 2001 deadline to complete fact discovery is extended to July 15, 2001 for the limited purpose of taking the depositions of Robert L. Sheets and Mary A. West.

Date: 6/5/01

Franklin L. Noel
The Honorable Franklin L. Noel